# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | JUDGE  3:25 cr 076 |
| v. | : | INDICTMENT  MICHAEL J. NEWMAN |
| | | 18 U.S.C. § 111(a) & (b) |
| ANDRE JORDAN II, | : | 18 U.S.C. §§ 1114(a)(3), 1113, & 1111 |
| | | 18 U.S.C. § 924(c)(1)(A)(iii) |
| Defendant. | : | 18 U.S.C. §§ 922(g)(1) & 924(a)(8) |

**THE GRAND JURY CHARGES THAT:**

## COUNT 1
### (Assault of Federal Officers with a Deadly and Dangerous Weapon)

On or about August 14, 2025, in the Southern District of Ohio, Defendant Andre Jordan II, knowingly using a dangerous and deadly weapon, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers and employees of the United States, specifically, deputy U.S. marshals and federal task force officers, while they were engaged in and on account of the performance of their official duties.

In violation of 18 U.S.C. § 111(a) & (b).

## COUNT 2
### (Attempted Murder of Federal Officers)

On or about August 14, 2025, in the Southern District of Ohio, Defendant Andre Jordan II, acting with intent to kill, attempted to murder officers and employees of the United States, namely, deputy U.S. marshals and federal task force officers, while they were engaged in and on account of the performance of their official duties.

In violation of 18 U.S.C. §§ 1114(a)(3), 1113, & 1111.

## COUNT 3
### (Use, Carrying, and Discharge of a Firearm During Crimes of Violence)

On or about August 14, 2025, in the Southern District of Ohio, Defendant Andre Jordan II knowingly used, carried, and discharged a firearm during and in relation to crimes of violence for which he may be prosecuted in a Court of the United States, namely, assault of federal officers with a deadly and dangerous weapon, as charged in Count 1 of this Indictment, and attempted murder of federal officers, as charged in Count 2 of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 4
### (Being a Felon in Possession of a Firearm)

On or about August 14, 2025, in the Southern District of Ohio, Defendant Andre Jordan II, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm that had been shipped and transported in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of one or more offenses set forth in this Indictment, Defendant Andre Jordan II shall forfeit to the United States, pursuant to 18 U.S.C. 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in such violation(s), including, but not limited to, an HS Produkt Springfield Armory Hellcat Pro pistol, bearing serial number BB162203, together with any ammunition and attachments.

A TRUE BILL

S/
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

*Elizabeth McCormick*
ELIZABETH L. MCCORMICK (0087862)
GEORGE R. PAINTER (0097271)
Assistant United States Attorneys

3